■ In the Matter of VINCENT MUMMIANI, Appellant, against THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Orders unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally and Bastow, JJ.

■ HENRY A. FRICKE, Respondent, v. THOMAS H. OCHSE, as Executor of FREDERICK W. SULLAU, Deceased, Appellant, and MAX M. HERSH, Respondent.— Judgment unanimously affirmed, with costs to the plaintiff-respondent. The appeal taken from the decision is dismissed, without costs on the ground that no appeal lies from said decision. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ.

■ SHEILA GREENBERG, an Infant by LOUIS GREENBERG, Her Guardian ad Litem, et al., Respondents, v. LOUIS LORENZ et al., Doing Business as PELHAM DAIRIES, Defendants-Appellants, and Third-Party Plaintiffs. BERNICE FOODS, INC., Third-Party Defendant.— Determination modified and complaint of infant plaintiff dismissed on the ground that she has failed to establish a cause of action (Chysky v. Drake Bros. Co., 235 N. Y. 468; Salzano v. First Nat. Stores, 268 App. Div. 993); and, as so modified, the determination is affirmed, without costs. Concur — Botein, P. J., Stevens and Bastow, JJ.; Breitel and Valente, JJ., dissent and vote to affirm.

■ RICHARD M. BROWN, as Administrator of the Estate of ANDREW T. BROWN, Deceased, Respondent, v. CITY OF NEW YORK, Appellant, et al., Defendant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ.

■ LEWIS H. GIBSON, as Administrator of the Estate of LOUISE GIBSON, Deceased, Respondent, v. JOHN T. MEEHAN, Public Administrator of Bronx County, as Administrator of the Estate of AUGUSTINE DE LANO, Deceased, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ. [13 Misc 2d 716.]

■ JULIUS PERLBINDER et al., Appellants, v. D'AQUILLA BROTHERS CONTRACTING CO., INC., Defendant, and JOHN J. ABRAMSEN CO., INC., Respondent. — Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ. [12 Misc 2d 790.]

■ In the Matter of EDWIN H. COLBATH et al., Appellants, against BOARD OF EXAMINERS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Bastow, JJ.

■ In the Matter of ALBERT C. WALKER et al., Appellants, against BOARD OF EXAMINERS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Bastow, JJ.